FILED: August 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-4875 (L)

UNITED STATES OF AMERICA,

Plaintiff – Appellant,

v.

ANTONIO SIMMONS, a/k/a Murdock, Doc,

Defendant – Appellee.

O R D E R

Upon consideration of the government's petition for limited panel rehearing, the court grants the motion and amends the opinion filed on May 28, 2021, for the limited purpose of resolving the crime of violence issue on alternative grounds.

Entered at the direction of Judge Agee with the concurrences of Judge Wynn and Judge Richardson.

For the Court

/s/ Patricia S. Connor, Clerk